UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDULLAH KHAN, an individual,<br><br>    Plaintiff, Respondent, and<br>    Cross-Defendant<br><br>v.<br><br>TATITLEK SUPPORT SERVICES, INC.,<br>an Alaskan Corporation,<br><br>    Defendant, Appellant, and<br>    Cross-Claimant. | Case No. 2:15-cv-07873-SVW-JPR<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AND BOND EXONERATION FOLLOWING SETTLEMENT**<br><br>JS-6 |

The Court has been advised that the Plaintiff and Defendant in this action have settled all disputes between them.

Based on the foregoing, and the parties' stipulation, and finding good cause therefor, the Court hereby finds that the above-captioned action has been resolved, and ORDERS that the above-captioned action is hereby DISMISSED WITH PREJUDICE and any bond posted in connection with the above-captioned action is hereby exonerated.

IT IS HEREBY ORDERED.

Dated: August 4, 2017

_____
Honorable Stephen V. Wilson